UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                                                                   :

K&S PRODUCE, INC.,                                                                  :

                                        Plaintiff,                              :

                                                                            :         20-CV-9663 (JPC)

                    -v-                                              :

                                                                            :                ORDER

SY 44 FOOD CORP *et al.*,                                  :

                                        Defendants.                          :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint in this action on November 19, 2020, Dkt. 3, and filed proof of service on Defendants on December 9, 2020, Dkts. 9-12. Each proof of service represents that service of the summons and Complaint were made on December 8, 2020, making Defendants' response to the Complaint due on December 29, 2020. (Dkts. 9-12.) To date, Defendants have neither responded to the Complaint nor appeared in this action.

      Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether it intends to move for default judgment against Defendants. The initial pretrial conference scheduled for February 22, 2021 at 10:30 a.m. is adjourned *sine die*.

      SO ORDERED.

Dated: February 17, 2021                                  _____
      New York, New York                                      JOHN P. CRONAN
                                                                       United States District Judge