```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
K&S PRODUCE, INC.,                                                     :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         20-CV-9663 (JPC)
           -v-                                                         :
                                                                       :         ORDER
SY 44 FOOD CORP et al.,                                                :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On February 24, 2021, the Court ordered Plaintiff to move for default judgment by March 24, 2021 and to file proof of service by March 26, 2021.  Dkt. 26.  Plaintiff failed to do so.  Within one week of the filing of this order, Plaintiff shall file a letter updating the Court on the status of this case and explaining why it failed to comply with the Court's Order dated February 24, 2021.

      The show cause hearing scheduled for April 26, 2021 at 12:00 p.m. is adjourned *sine die*.

      Plaintiff shall serve Defendants via overnight courier with a copy of this Order within three days of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: April 11, 2021  
      New York, New York

                                                                           JOHN P. CRONAN  
                                                                           United States District Judge