UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
K&S PRODUCE, INC., :
:
:
Plaintiff, :
: 20-CV-9663 (JPC)
-v- :
: ORDER
:
SY 44 FOOD CORP *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By June 14, 2021, Plaintiff shall submit a revised proposed default judgment. The proposed default judgment should omit pre-judgment interest, in light of Plaintiff's withdrawal of its request for an award of pre-judgment interest, Dkt. 40, and include post-judgment in the amount allowed under 28 U.S.C. § 1961(a).

SO ORDERED.

Dated: June 9, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge